IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>*Defendants*. | FILE NO. 3:22-CV-00560<br><br>JURY DEMAND |

## ORDER

The Court, having considered Plaintiffs' Motion to Proceed Under Pseudonym and supporting brief, hereby GRANTS the motion. Plaintiffs will be allowed to use the pseudonyms "Jane Doe," "John Doe," and "Judy Doe" in all papers filed with the Court.

SO ORDERED.

_____
Hon. Aleta Trauger
United States District Judge