IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>    Defendants. | File No. 3:22-CV-00560 |

## ORDER

The filing of the First Amended Complaint (Doc. No. 36) renders moot the Motion to Dismiss filed February 3, 2023 (Doc. No. 26), which is hereby DENIED AS MOOT.

The initial case management conference is hereby RESET for March 27, 2023 at 3:00 p.m.

IT IS SO ORDERED.

Aleta A. Trauger
United States District Judge