**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity, | ) ) ) ) | |
| | ) | Case No. 3:22-cv-00560 |
| Plaintiffs, | ) ) | Judge Aleta A. Trauger |
| v. | ) ) | |
| ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On January 20, 2023, Plaintiffs filed a Motion for Entry of Default against defendants Robert Piraino and Music City Fencing Club, Inc. (Doc. No. 25). On February 10, 2023, Piraino and Music City Fencing Club filed an Unopposed Motion for Extension of Time to Respond to Complaint. (Doc. No. 32). The Court granted the Motion on February 13, 2023. (Doc. No. 33). On February 24, 2023, Plaintiffs filed a First Amended Complaint. (Doc. No. 36). The Order and filing of the First Amended Complaint renders moot the Motion for Entry of Default, which is hereby DENIED AS MOOT.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court

1