IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>*Defendants*. | FILE NO. 3:22-CV-00560<br><br>JURY DEMAND |

## MOTION TO SEAL

Pursuant to Local Rule 5.03(a) and Rule 5.07 of Administrative Order 167-1 Plaintiffs request the following documents attached to Plaintiffs' Response to Defendant United States Fencing Association's Motion to Compel Arbitration and Stay Litigation be filed under seal, Exhibits [1]-[15].

These documents contain information that could be utilized collectively to identify Jane Doe. *See* Protective Order, Dkt. #67.

Respectfully submitted this 8th day of November, 2023.

THE BLACKBURN FIRM, P.L.L.C.

By: /s/ Gary Blackburn
Gary Blackburn
Tennessee Bar No. 003484
424 Church Street
Suite 2000
Nashville, TN 37219
615-254-7770
gblackburn@wgaryblackburn.com

Attorney for Plaintiffs


SMITH & ASSOCIATES LAW GROUP, P.C.

By: /s/ George H. Smith
George H. Smith
Georgia Bar No. 535450
P.O. Box 1343
Decatur, GA  30031
844-943-8529
ghgs@attorneysmith.com

Attorney for Plaintiffs
*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, I certify that the foregoing Motion to Seal was this date served on the following by electronic filing with the Court's CM/ECF system:

William R. Johnson, Esq.
Partner
Tyson & Mendes, LLP
1616 Westgate Circle #330
Brentwood, TN 37027
*Attorney for Defendant USA Fencing*

Dean T. Howell, Esq.
C. Gavin Shepherd, Esq.
Woolf McClane Bright Allen & Carpenter, PLLC
900 S. Gay Street, Suite 900
Knoxville, TN 3902
*Attorneys for Defendants*

*Music City Fencing Club, Inc., and Robert Piraino*

This 8th day of November, 2023.

By: /s/ Gary Blackburn
Gary Blackburn
Tennessee Bar No. 003484
424 Church Street
Suite 2000
Nashville, TN 37219
615-254-7770
gblackburn@wgaryblackburn.com

Attorney for Plaintiffs