Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>*Defendants*. | FILE NO. 3:22-CV-00560<br><br>JURY DEMAND |

**MOTION TO SEAL**

Pursuant to Local Rule 5.03(a) and Rule 5.07 of Administrative Order 167-1 Plaintiffs request the following documents attached to Plaintiffs' Response to Defendant United States Fencing Association's Motion to Compel Arbitration and Stay Litigation be filed under seal, Exhibits [1]-[15].

These documents contain information that could be utilized collectively to identify Jane Doe. *See* Protective Order, Dkt. #67.

Respectfully submitted this 8th day of November, 2023.

1