IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | File No. 3:22-CV-00560 |
| v. | ) ) | |
| ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that the defendants shall immediately file under seal for the court's review the unredacted reservation of rights letter, with the redactions shaded so that the court may see what has been withheld from review by the plaintiffs.

IT IS SO ORDERED.

_____
Aleta A. Trauger
United States District Judge