IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>Defendants. | File No. 3:22-CV-00560 |

## ORDER

The Defendants' Motion to Continue Trial Setting and for Case Management Conference (Doc. No. 119) is GRANTED IN PART. It is hereby ORDERED that a case management conference will be held in Judge Trauger's chambers on Wednesday, November 13, 2024 at 2:00 p.m. Lead counsel for all parties shall appear in person at this conference.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE