IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-560 |
| ) | Judge Trauger |
| ROBERT PIRAINO, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Due to a lengthy civil case that the court will be trying, it is hereby ORDERED that the case management conference scheduled for January 13, 2025 is RESET for Monday, January 6, 2025 at 1:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge