IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity, | ) ) ) ) ) ) | |
| | ) | File No. 3:22-CV-00560 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that, by 12:00 noon on January 3, 2025, the parties shall file a proposed case management order setting any additional necessary deadlines.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE