# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, ET AL., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 3:22-cv-560 Judge Trauger |
| ROBERT PIRAINO, ET AL., | ) ) ) | |
| Defendants. | ) | |

## ORDER

A status telephone conference was held with counsel for the parties on June 30, 2025 in order to discuss defendant United States Fencing Association's Motion filed June 25, 2025 (Doc. No. 130), to which the plaintiffs filed a Response on June 30, 2025 (Doc. No. 131). Defendant's motion is GRANTED IN PART. The following are hereby ORDERED:

1. This defendant may have an extension until July 7, 2025 within which to serve responses to interrogatories and requests for production.

2. The fact discovery deadline is extended to July 31, 2025 so that the plaintiffs have an opportunity to potentially object to discovery responses provided by this defendant and in order for the parties to take the depositions of three additional witnesses on agreed-to dates during July.

3. The expert discovery deadline is extended to August 31, 2025.

4. The deadline for the filing of dispositive motions is extended to September 30, 2025, with responses due 21 days after the filing of the motion and optional replies, 10 days after the filing of the response.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge