IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, et al., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00560 |
| ) | Judge Trauger/Frensley |
| ROBERT PIRAINO, et al., ) | |
|     Petitioner, ) | |

**O R D E R**

A telephone conference is set for September 25, 2025 at 8:30 a.m. to decide upon a date for the settlement conference. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

    **IT IS SO ORDERED.**

    JEFFERY S. FRENSLEY
    United States Magistrate Judge