UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>*Defendants*. | Motion GRANTED. Document stricken from the record and substitution allowed.<br><br>*[signature]*<br><br>Civil Action No.: 3:22-cv-00560<br>Judge Trauger |

**DEFENDANT UNITED STATES FENCING ASSOCIATION'S
MOTION TO RESTRICT ACCESS TO OR WITHDRAW DOCUMENT NOS. 144-4,
EXHIBITS E AND G, AND FOR LEAVE TO FILE REDACTED DOCUMENTS**

Defendant United States Fencing Association (USFA) hereby moves this Court to restrict access to or withdraw document number 144-4, Exhibit E due to inadvertent non-compliance with Rule 5.2, and Exhibit G, in the abundance of caution although not directly violative of Rule 5.2, and further, defendant moves this Court for leave to file corrected exhibits, properly redacted in compliance with Rule 5.2.

In support of this application, I, William R. Johnson, counsel for defendant, USFA, state the following: