# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE, in his individual capacity, and JUDY DOE, in her individual capacity,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,<br><br>*Defendants*. | FILE NO. 3:22-CV-00560<br><br>DISTRICT JUDGE<br>ALETA A. TRAUGER<br><br>JURY DEMAND |

## ORDER GRANTING
## MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Plaintiffs Jane Doe, John Doe, and Judy Doe's Motion for Leave to File Certain Summary Judgment Exhibits Under Seal. The Motion is hereby GRANTED. The Court orders as follows:

- Plaintiffs shall be permitted to file Exhibit 4 to their Response to Defendant Music City Fencing Club, Inc.'s Motion for Partial Summary Judgment (*see* Dkt. 159-4), a hearing transcript excerpt, under seal.

- Plaintiffs shall be permitted to file Exhibit 6 to their Response to Defendant Piraino and Defendant Music City Fencing Club, Inc.'s Motion for Partial Summary Judgment (*see* Dkt. 157-6), the deposition transcript of Plaintiff John Doe, under seal.

- Plaintiffs shall be permitted to file Exhibit 11 to their Response to Defendant United States Fencing Association's Motion for Summary Judgment (*see* Dkt. 155-11), an audit letter, under seal.

So ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE