**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JANE DOE, minor, by her parents and next friends JOHN DOE and JUDY DOE, JOHN DOE in his individual capacity, and JUDY DOE, in her individual capacity,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 3:22-CV-00560** |
| **ROBERT PIRAINO, MUSIC CITY FENCING CLUB, INC., and UNITED STATES FENCING ASSOCIATION,** | ) | |
| **Defendants.** | ) | |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action, in its entirety, with prejudice, with the parties to bear their own costs, expenses and attorneys' fees.

Respectfully submitted this 26th day of August, 2026.

[SIGNATURE LINE ON FOLLOWING PAGE]

THE BLACKBURN FIRM, PLLC

/s/ *Gary Blackburn*
W. Gary Blackburn, BPR No.003484
315 Deaderick Street, Suite 1700
Nashville, TN 37238
615-210-3668
gary@theblackburnfirm.com

SMITH & ASSOCIATES LAW GROUP, P.C.

/s/ *George H. Smith*
George H. Smith
Georgia Bar No. 535450 (pro hac vice)
P.O. Box 1343
Decatur, GA 30031
844-943-8529
ghgs@attorneysmith.com

LIESL A. WEEKS, P.A.

/s/ *Liesl A. Weeks*
Liesl A. Weeks
Florida Bar No. 0091697 (pro hac vice)
2121 Harden Blvd #A
Lakeland, FL 33803-5918
863-686-2727
law@weekslawpa.com

*Attorneys for Plaintiffs*

TYSON & MENDES, LLP

/s/ William R. Johnson
WILLIAM R. JOHNSON, #38184
1616 Westgate Circle, Suite 330
Brentwood, TN 37027
615-345-4128
WJohnson@TysonMendes.com

WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

/s/ *C. Gavin Shepherd*
C. Gavin Shepherd, BPR No. 033066

900 South Gay Street, Suite 900
Knoxville, TN 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
gshepherd@wmbac.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing Response to Defendant United States Fencing Association's Statement of Undisputed Material Facts was this date served on the following by electronic filing with the Court's CM/ECF system:

William R. Johnson, Esq.
Partner
Tyson & Mendes, LLP
1616 Westgate Circle #330
Brentwood, TN 37027
wjohnson@tysonmendes.com

*Attorney for USA Fencing*

Dean Thomas Howell, Esq.
C. Gavin Shepherd, Esq.
Woolf McClane Bright Allen & Carpenter, PLLC
900 S. Gay Street, Suite 900
Knoxville, TN 3902
dhowell@wmbac.com
gshepherd@wmbac.om

*Attorneys for Defendants Robert Piraino and Music City Fencing Club*

This 26th day of August, 2026.

*/s/ George H. Smith*